**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-23020-DPG

IMANI NIA KEY; FERNANDO DE CESPEDES; and HOLLY DILLON, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION,

      Defendants.

**STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs Imani Nia Key, Fernando De Cespedes, and Holly Dillon ("Plaintiffs") and Defendants Bank of America, N.A. and Bank of America Corporation ("Defendants") (together with Plaintiffs, the "Parties"), through their respective counsel of record, hereby submit this Stipulated Motion and Proposed Order to Extend Time for Defendants to Respond to Plaintiffs' Complaint.

WHEREAS, on July 19, 2019, Plaintiffs filed a Complaint, challenging Bank of America, N.A.'s assessment of various overdraft related fees and seeking to recover on behalf of three putative nationwide classes for breach of contract, breach of the covenant of good faith and fair dealing, unconscionability, conversion, and unjust enrichment (ECF No. 1);

WHEREAS, Plaintiffs served Defendants' agent for service of process with the Complaint on July 23, 2019;

WHEREAS, based on the July 23, 2019 service date, Defendants' current deadline to respond to the Complaint is August 13, 2019;

WHEREAS, Defendants only recently became aware of this action and just retained counsel to represent them in this action;

WHEREAS, Defendants require additional time to investigate Plaintiffs' allegations before responding to the Complaint;

WHEREAS, in the interest of good faith and cooperation, the Parties also would like to ensure sufficient time to meet and confer before Defendants respond to the Complaint;

WHEREAS, the Court has not yet set any deadlines in this action; and

WHEREAS, in the interest of good faith and cooperation, the Parties have discussed and Plaintiffs have agreed to extend Defendants' deadline to file a motion to dismiss or otherwise respond to the Complaint by sixty days, i.e., until October 14, 2019.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendants shall have until October 14, 2019, to file a motion to dismiss or otherwise respond to the Complaint.

## **CERTIFICATE OF GOOD FAITH COMPLIANCE**

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Defendants certify that they conferred with Plaintiffs—the only parties who may be affected by the relief sought in the motion—in a good faith effort to resolve the issues raised in the motion, and there is no opposition to this motion.

Dated: August 8, 2019                           Respectfully submitted,

                                                /s/ Mark E. Steiner
                                                MARK E. STEINER
                                                Florida Bar No. 28513
                                                **Liebler, Gonzalez & Portuondo**
                                                Courthouse Tower - 25th Floor
                                                44 West Flagler Street
                                                Miami, FL 33130
                                                Tel: (305) 379-0400
                                                Fax: (305) 379-9626
                                                E-mail: MES@lgplaw.com
                                                         service@lgplaw.com

                                                ALLEN W. BURTON
                                                **O'Melveny & Myers LLP**
                                                Allen W. Burton (*pro hac vice* forthcoming)
                                                7 Times Square
                                                New York, New York 10036
                                                aburton@omm.com

                                                William K. Pao (*pro hac vice* forthcoming)
                                                400 South Hope Street
                                                Los Angeles, CA 90071
                                                wpao@omm.com

                                                *Attorneys for Defendants*

Dated: August 8, 2019                           /s/ Frank S. Hedin
                                                Frank S. Hedin (FBN 109698)
                                                fhedin@hedinhall.com
                                                **HEDIN HALL LLP**
                                                1395 Brickell Ave, Suite 900
                                                Miami, Florida 33131
                                                Tel: (305) 357-2107
                                                Fax: (305) 200-8801

                                                **AHDOOT & WOLFSON, PC**
                                                Robert Ahdoot (*pro hac vice* forthcoming)
                                                rahdoot@ahdootwolfson.com
                                                10728 Lindbrook Drive
                                                Los Angeles, California 90024
                                                Tel: (310) 474-9111
                                                Fax: (310) 474-8585

                                                *Counsel for Plaintiffs and the Putative Classes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing document was filed with the Clerk of the Court using CM/ECF on this 8th day of August, 2019.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                                                */s/* Mark E. Steiner\
                                                MARK E. STEINER