# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:19-CV-23020-KMW

| | |
|---|---|
| HOLLY DILLON,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>      Defendant. | Judge: Hon. Kathleen M. Williams<br><br>Magistrate Judge: Hon. Chris M. McAliley |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action against Defendant Bank of America, N.A. shall be and hereby is dismissed, in its entirety, with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated:  October 15, 2021

Respectfully submitted,

By: s/ Frank S. Hedin
     Frank S. Hedin

**HEDIN HALL LLP**
Frank S. Hedin (Florida Bar #109698)
fhedin@hedinhall.com
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

**AHDOOT & WOLFSON, PC**
Robert Ahdoot (*pro hac vice*)
Henry J. Kelston (*pro hac vice*)
rahdoot@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel for Plaintiff and the Putative Classes*

/s/  Allen W. Burton
Allen W. Burton (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000
aburton@omm.com

William K. Pao (*pro hac vice*)
Brittany Rogers (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000
wpao@omm.com
brogers@omm.com

Mark E. Steiner (Florida Bar #28513)
LIEBLER, GONZALEZ & PORTUONDO
44 West Flagler Street, Courthouse Tower,
25th Floor
Miami, FL 33130
(305) 379-0400
MES@lgplaw.com

*Attorneys for Defendant*